## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| THOMAS SHORTILL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil No. 2:19-cv-00190-DBH |
| v. | ) |
| | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, et al | ) |
| | ) |
|     Defendants | ) |

### *STIPULATION OF DISMISSAL*

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, hereby stipulate to the dismissal of all claims pending in the above-captioned matter, with prejudice and without costs to any party.

DATED:      8/23/19

                      /s/ Christopher C. Taintor
                      *(Counsel for Plaintiff)*

                      NORMAN, HANSON & DeTROY
                      Two Canal Plaza, P.O. Box 4600
                      Portland, Maine  04112-4600
                      (207) 774-7000

DATED:      8/23/19

                      /s/ Byrne J. Decker
                      *(Counsel for Defendants)*

                      Ogletree, Deakins
                      2 Monument Square, Suite 703
                      Portland, ME  04101
                      (207) 387-2963

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### Certificate of Service

I hereby certify that on August 23, 2019, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher C. Taintor, Esq.
Attorney for Plaintiff


Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
ctaintor@nhdlaw.com